UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STANLEY E. BOYD, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:91CV01428 ERW |
| PAUL K. DELO, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on Petitioner Stanley Boyd's Motion to Publish Memorandum & Order Dated March 16, 2015 [ECF No. 67].

Petitioner requests the Court issue an order requiring the Memorandum & Order issued by this Court on March 16, 2015, be published for public scrutiny. The Memorandum & Order at issue is already a document available to the public and not under seal; therefore, the Court will deny Petitioner's motion as moot.

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** Petitioner Stanley Boyd's Motion to Publish Memorandum & Order Dated March 16, 2015 [ECF No. 67] is **DENIED, as moot.**

So Ordered this 17th day of December, 2015.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE